UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYON WAYNE LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HOREL, WARDEN<br><br>    Respondent. | NO. CV 08-4713-JVS(CT)<br><br>JUDGMENT |

    Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the FAP petition is denied and dismissed with prejudice.

DATED: _12.24.0?_

_/s/ James V. Selna_
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE